**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLOYD SCOTT,

        Plaintiff,

vs.

G. LAUBER, et al.,

        Defendants.

No. C 05-4355 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, has another case before this court, C 05-0111 PJH (PR). In that case the court denied his motion for leave to proceed in forma pauperis ("IFP") because he has had three or more IFP cases dismissed as frivolous, malicious, or for failure to state a claim. *See* 28 U.S.C. § 1915(g) (prisoner who has had three or more IFP cases dismissed may not proceed IFP). Plaintiff then paid the filing fee. The court erroneously dismissed the case, not having noted that he had paid the fee, but has now reopened it.

This case is a duplicate of C 05-0111 PJH (PR). Plaintiff apparently filed it when it appeared the other case would not proceed. Because the other case has now been reopened, this case is **DISMISSED** without prejudice. Plaintiff's motions for leave to proceed in forma pauperis (docs 2 & 5) are **DENIED**. No fee is due. His motions to "show cause" why his filing fee for the other case should not be applied to this one (docs 4 & 6) are **DENIED** as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 13, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\SCOTT355.DSM